United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS, | No. C -12-04228(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |

Plaintiff brought this ADA access case against Defendant Radioshack, the leaseholder, on August 10, 2012. The identity of the proper landlord defendant is unclear, and at the case management conference held on June 11, 2013, Defendant Radioshack stated that it wished to mediate with Plaintiff without the involvement of the landlord/landowner. The Court ordered the parties to conduct mediation within 60 days, on or before August 12, 2013. Docket No. 25.

On July 5, 2013, Plaintiff filed an administrative motion to compel Defendant's compliance with the Court's June 11, 2013 order. According to Plaintiff's counsel, she has made several attempts to contact and coordinate with Defendant to set up the mediation and Defendant's counsel has failed to respond. See Docket No. 26 at 3. Plaintiff's counsel reports that she has contacted the mediator originally assigned to the case, who confirmed his willingness to serve as mediator and alerted Defendant's counsel to his availability, but Defendant's counsel has not responded. Plaintiff requests that Defendant be ordered to comply with the Court's June 11, 2013 order. See id.

Although the deadline for mediation has not yet passed, the Court is concerned about Defendant's lack of responsiveness to Plaintiff's counsel, the potential mediator, and Court personnel. The Court HEREBY orders Defendant to contact Plaintiff regarding the mediation no later than July 23, 2013, and to comply with the Court's previously set mediation deadline of August

12, 2013.

**IT IS SO ORDERED.**

Dated: July 17, 2013

*[signature: Elizabeth D. Laporte]*

ELIZABETH D. LAPORTE
Chief United States Magistrate Judge

**United States District Court**
For the Northern District of California