United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF STIVERS,

    Plaintiff,

v.

RADIOSHACK CORPORATION,

    Defendant.
_____/

No. C -12-04228 EDL

**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME; DENYING REQUEST TO EXTEND DEADLINE FOR SERVICE; AND ORDERING MEDIATION TO TAKE PLACE AS SCHEDULED**

On July 22, 2013, Plaintiff filed a motion to compel responses to requests for production of documents, which was set for hearing on August 27, 2013. On July 23, 2013, Plaintiff filed a motion to shorten time to hear the motion to compel prior to the court-ordered mediation on August 7, 2013. On July 29, 2013, Defendant filed an opposition to Plaintiff's motion to shorten time.

Plaintiff has not shown good cause to shorten time. Further, Plaintiff already has the documents, the lease agreements, that appear to be the most relevant to this dispute. Although Plaintiff states that the bottoms of some documents are cut off, the pages are legible and contain relevant information such as the identity the leased property and the signatories to the agreements. Thus, Plaintiff's motion to shorten time is denied. Plaintiff's motion to compel will be heard on August 27, 2013 as currently scheduled.

Plaintiff requests that the Court extend that deadline for service of any landlord/operator until after the August 7, 2013 mediation. The Court has already extended the deadline for service once, and Plaintiff has failed to show good cause for a further modification of the case management order. Therefore, Plaintiff's request to extend the deadline for service is denied. The Court reiterates its June 11, 2013 Order extending the time for service of Ms. Connard and requiring Plaintiff to file a proof of service or dismissal by August 1, 2013.

The mediation in this case shall take place as scheduled on August 7, 2013. Defendant has not made a proper request to continue it, and would have had to show good cause to change the mediation schedule.

**IT IS SO ORDERED.**

Dated: July 31, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

2