4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS, | No. C -12-04228 EDL |
| Plaintiff, | **ORDER RE: AUGUST 8, 2013 STIPULATION** |
| v. | |
| RADIOSHACK CORPORATION, | |
| Defendant. | |

The Court has reviewed the parties' stipulation that was filed on August 8, 2013. Good cause appearing, the Court issues the following order.

1. Plaintiff shall file his second amended complaint no later than August 14, 2013.

2. Plaintiff shall file a notice of withdrawal of the motion to compel (docket no. 31). Withdrawal of the motion shall be without prejudice to re-filing the motion in the future.

3. The August 13, 2013 Case Management Conference is continued to October 8, 2013 at 10:00 a.m. A joint case management conference statement shall be filed no later than October 1, 2013.

**IT IS SO ORDERED.**

Dated: August 8, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge