Alden J. Parker, State Bar No. 196808
James L. Brannen, State Bar No. 279367
**weintraub tobin** chediak coleman grodin
law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916/558-6000
Facsimile:   916/446-1611
Email:  aparker@weintraub.com

Attorneys for Defendant
RADIOSHACK CORPORATION

Paul L. Rein, State Bar No. 43053
Celia McGuinness, State Bar No. 159420
Catherine M. Cabalo, State Bar No. 248198
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
Email:        reinlawoffice@aol.com

Attorneys for Plaintiff JEFF STIVERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS,<br><br>            Plaintiff,<br>v.<br><br>RADIOSHACK CORPORATION; and DOES 1-10, Inclusive,<br><br>            Defendants. | Case No. 3:12-cv-04228 EDL<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MANDATORY SETTLEMENT CONFERENCE<br><br>Judge:  Hon. Elizabeth D. Laporte<br><br>Complaint Filed: August 10, 2012 |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEY OF RECORD:

WHEREAS, Plaintiff Jeff Stivers ("Plaintiff") and Defendant RadioShack Corporation ("Defendant") (collectively, Plaintiff and Defendant are referred to as the "Parties") want to make best efforts to settle this case without further litigation and keep all fees and costs to a minimum until all settlement efforts have been exhausted;

WHEREAS, the Court's November 21, 2013 Order set a Mandatory Settlement Conference for January 28, 2014 at 9:30 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS lead attorney for Defendant RadioShack Corporation, Alden Parker, had previously agreed to be a Chaperone for his son's school on an out-of-town trip. Parker thought that he was required to leave on Wednesday, January 29, 2014, the day after the scheduled Mandatory Settlement Conference, however, he was recently informed that the kids would need to leave the day before, on January 28, 2014 at 8:30 am. Given that the trip continues throughout the weekend, Parker has been unable to find a replacement;

WHEREAS the Parties agree to continue the Mandatory Settlement Conference to February 7, 2014 at 9:30 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California;

WHEREAS, pursuant to the Court's November 21, 2013 Order, counsel for Defendant contacted courtroom Deputy, Lili Harrell on or about January 22, 2014 and informed Ms. Harrell about the conflict;

WHEREAS, courtroom Deputy, Lili Harrell informed counsel for Defendant on January 22, 2014 that the Court would be available for a continued Mandatory Settlement Conference on February 7, 2014 at 9:30 a.m; THEREFORE:

IT IS HEREBY STIPULATED by and among Plaintiff and Defendant that the Mandatory Settlement Conference be continued to February 7, 2014 at 9:30 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO STIPULATED**

Dated: January 24, 2014

**weintraub tobin** chediak coleman grodin
LAW CORPORATION

By: /s/ Alden J. Parker
    Alden J. Parker
    Attorneys for Defendant
    RADIOSHACK CORPORATION

///

Dated: January 24, 2014

LAW OFFICES OF PAUL L. REIN

By: /s/ Catherin Cabalo
Catherine Cabalo, Esq.
Attorneys for Plaintiff JEFF STIVERS

ORDER

Pursuant to the stipulation of Plaintiff Jeff Stivers and Defendant RadioShack Corporation, and for good cause shown, it is hereby ORDERED that the Mandatory Settlement Conference be continued to February 7, 2014 at 9:30 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

Case 3:13-cv-05540 EDL to also be continued.

Dated: January 24, 2014

~~Honorable Elizabeth D. Laporte~~
~~Chief Magistrate Judge~~



GRANTED
Judge Nathanael M. Cousins

{1723221.DOC;}

3

JOINT STIPULATION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE