PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
JEFF STIVERS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF STIVERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RADIOSHACK CORPORATION; and DOES 1-10, Inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO. C12-04228 EDL<br><u>Civil Rights</u><br><br>[PROPOSED] **ORDER GRANTING PLAINTIFF'S REQUEST TO STAY PRETRIAL DEADLINES**<br>AS MODIFIED |

　　　For good cause shown, plaintiff Jeff Stivers' request to stay pretrial deadlines is GRANTED. All pretrial deadlines shall be stayed until further notice. A status conference is set for May 6, 2014, at 10:00 a.m. A joint status conference statement shall be filed no later than April 29, 2014.

**IT IS SO ORDERED**.

Dated: February 26, 2014

　　　　　　　　　　　　　　　　　　　　_/s/ Elizabeth D. Laporte_
　　　　　　　　　　　　　　　　　　　　Honorable ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Chief Magistrate Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S STATUS REPORT AND
REQUEST TO CONTINUE PRETRIAL DEADLINES
CASE NO. C12-04228 EDL

S:\CASES\RADIOSHACK\PLEADINGS\Status Report Proposed Order (Radioshack).wpd